# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | §  CRIMINAL COMPLAINT |
| vs. | §  CASE NUMBER: DR:19-M -06317(1) |
| | § |
| (1) Rolando Enrique Hernandez Morales | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 25, 2019** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Rolando Enrique  HERNANDEZ MORALES, an alien, entered, or was found in the United States at or near Eagle Pass, Texas, after having been denied admission, excluded, deported, or removed from the United States through Harlingen, Tx on 02/17/2005, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto.   Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title        **8**        United States Code, Section(s)        **1326(a)(1)**

.

I further state that I am a(n) **BPA** and that this complaint is based on the following facts: *"The defendant, Rolando Enrique  HERNANDEZ MORALES, was arrested by Border Patrol Agents, on June 25, 2019 for being an alien illegally present in the United States.*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Crespo, Jonathan
BPA

07/03/2019
File Date

at   DEL RIO, Texas
City and State

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.                                    Case Number: DR:19-M -06317(1)

(1) Rolando Enrique Hernandez Morales

**Continuation of Statement of Facts:**

Investigation and records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 02/17/2005 through Harlingen, Tx. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.
"

_____          _____
Signature of Judicial Officer                      Signature of Complainant